UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0590 AC P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

　　　Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 21, 2021, court orders that had been served on Plaintiff's address of record which granted Plaintiff's request to proceed in forma pauperis and directed him to file an amended complaint (see ECF Nos. 8, 9) were returned by the postal service.

　　　It appears that Plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the Court of any address change.  More than sixty-three days have passed since the Court order was returned by the postal service, and Plaintiff has failed to notify the Court of a current address.

////

1

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a
2 | United States District Judge to this action, and
3 | IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice for
4 | failure to prosecute.  See Local Rule 183(b).
5 | These findings and recommendations are submitted to the United States District Judge
6 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7 | after being served with these findings and recommendations, Plaintiff may file written objections
8 | with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings
9 | and Recommendations."  Plaintiff is advised that failure to file objections within the specified
10 | time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
11 | (9th Cir. 1991).
12 | DATED: March 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE